# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv293

| | | |
|---|---|---|
| DOVE AIR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JODA, LLC; and DAVID A. STONE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on periodic case review.  Review of the pleadings reveals that the deadline for designation of a mediator, February 14, 2011, has passed with no designation.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their designation of mediator not later than March 25, 2011.

Signed: March 14, 2011

Dennis L. Howell
United States Magistrate Judge

-1-