# United States District Court
# For The Western District of North Carolina
# Asheville Division

DOVE AIR, INC.,

    Plaintiff(s),

vs.

JODA, LLC and DAVID A. STONE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10cv293

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/2011 Order.

Signed: October 6, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court